FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 4 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:11-cr-325-ECR-CWH |
| SEAN PATRICK RYAN, | |
| Defendant. | ORDER |

The Court having granted Monique Kirtley's sealed "Motion to Withdraw, and for Appointment of New Counsel" (#17) on January 4, 2012, and good cause appearing,

IT IS HEREBY ORDERED that Osvaldo E. Fumo, Esq. is appointed as counsel for Sean Patrick Ryan in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Fumo forthwith.

DATED this 4th day of January, 2012.

_____
CARL W. HOFFMAN
United States Magistrate Judge