FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 2:11-CR-325-LDG-(CWH)
)
SEAN PATRICK RYAN, )
)
Defendant. )

## FINAL ORDER OF FORFEITURE

On April 18, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture as to SEAN PATRICK RYAN pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section and 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant SEAN PATRICK RYAN to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant SEAN PATRICK RYAN pled guilty. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 33; Plea Memorandum, ECF No. 34; Preliminary Order of Forfeiture, ECF No. 35.

This Court finds the United States of America published the notice of the forfeiture as to Defendant SEAN PATRICK RYAN in accordance with the law via the official government internet

. . .

. . .

forfeiture site, www.forfeiture.gov, consecutively from April 24, 2012, through May 23, 2012, notifying all parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 36.

On May 4, 2012, MICHELLE RENEE SCHUCHARDT was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 37, p. 2-8.

On May 40, 2012, LEROY H. SCHUCHARDT, JR. was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 37, p. 9-15.

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section and 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    (a)    a Ruger, Model P345, .45 caliber pistol, serial # 664-58562; and

    (b)    any and all ammunition.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __22__ day of __August__, 2012.

_____
UNITED STATES DISTRICT JUDGE